sideration in light of *Hagans* v. *Lavine,* 415 U. S. 528 (1974).

No. 73–966. SHELL OIL CO. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.;

No. 73–967. MOBIL OIL CORP. *v.* FEDERAL POWER COMMISSION;

No. 73–968. FEDERAL POWER COMMISSION *v.* PUBLIC SERVICE COMMISSION OF NEW YORK; and

No. 73–969. UNITED DISTRIBUTION COMPANIES *v.* PUBLIC SERVICE COMMISSION OF NEW YORK. C. A. D. C. Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Mobil Oil Corp.* v. *Federal Power Commission, ante,* p. 283. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decisions of these cases.

No. 73–1399. PENNSYLVANIA *v.* ROMBERGER. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Michigan* v. *Tucker, ante,* p. 433.

No. A–1175. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* TEXAS ET AL. Application for stay of orders of the United States District Court for the Western District of Texas pending appeal in the United States Court of Appeals for the Fifth Circuit presented to MR. JUSTICE POWELL, and by him referred to the Court, granted.